[No. 1905]
## EX PARTE VAN HOESTON

ORIGINAL PROCEEDING. Application of George Van Hoeston for a writ of *habeas corpus*. **Writ granted.** Petitioner discharged.

*Campbell, Metson & Brown,* for Petitioner.

*R. C. Stoddard,* Attorney-General, for the State.

*Per Curiam:*

In an opinion in case No. 1903, filed this date, entitled "In the Matter of the Application of R. A. Davis for a Writ of *Habeas Corpus,*" the questions involved and the law applicable thereto are the same as those involved in the above-entitled case. Upon the authority of said case, and for reasons given therein, the petitioner in the present case is discharged.

It is so ordered.

[No. 1906]
## EX PARTE ALLEN

ORIGINAL PROCEEDING. Application of B. Allen for a writ of *habeas corpus*. **Writ granted.** Petitioner discharged.

*Campbell, Metson & Brown,* for Petitioner.

*R. C. Stoddard,* Attorney-General, for the State.

*Per Curiam:*

In an opinion in case No. 1903, filed this date, entitled "In the Matter of the Application of R. A. Davis for a Writ of *Habeas Corpus,*" the questions involved and the law applicable thereto are the same as those involved in the above-entitled case. Upon the authority of said case, and for reasons given therein, the petitioner in the present case is discharged.

It is so ordered.